No. 158. Caram, Petitioner, v. Rossy, District Judge, Respondent.—Certiorari.

No. 159. Alcaide, Petitioner, v. López Acosta, District Judge, Respondent.—Certiorari.

April 13, 1916. Petitions denied.

---

No. 1442. Sabater, Appellee, v. Cabassa, Appellant.—Recovery of fees. Mayagüez. April 14, 1916. Appeal dismissed.

---

No. 956. The People, Appellee, v. Maldonado, Appellant.—Breach of peace. Ponce. April 25, 1916. Appeal dismissed.

---

No. 1492. Mulet, Appellee, v. Rivera et al., Appellants.—Action of debt. Mayagüez. April 25, 1916. Appeal dismissed.

---

No. 1350. Vendrell, Appellee, v. Pellot, Appellant.—Action of debt. Aguadilla. April 27, 1916. Judgment affirmed.

---

No. 985. The People, Appellee, v. Santos, Appellant.—Violation of section 162 of the Penal Code. Humacao. April 28, 1916. Judgment affirmed.

---

No. 1495. Colón et al., Appellants, v. Rivera, Appellee.—Ejectment. Ponce. May 1, 1916. Appeal withdrawn.

---

No. 160. Escudero, Petitioner, v. Foote, District Judge, Respondent.—Certiorari. May 2, 1916. Petition withdrawn.